IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK TEAS                                                                                                PLAINTIFF

      v.                          Civil No.  11-2230

FORMER CAPTAIN CONGER;
CAPTAIN DEVANE; LIEUTENANT
JACKSON; and SERGEANT RITTER                                                         DEFENDANTS

## O R D E R

On March 23, 2012, Defendants filed a motion to dismiss (Doc. 23) based on Plaintiff's failure to keep the Court and opposing counsel apprised of his current address.  On March 27, 2012, a change of address (Doc. 26) was entered on Plaintiff's behalf.  This change of address mooted the motion to dismiss (Doc. 23).  **The Clerk is directed to terminate the motion.**

IT IS SO ORDERED this 26th day of April 2012.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)