IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MARK TEAS                                                                                    PLAINTIFF

       v.                              Civil No. 11-2230

FORMER CAPTAIN CONGER;
CAPTAIN DEVANE; LIEUTENANT
JACKSON; and SERGEANT RITTER                                                DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff' pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in form pauperis*.

Defendants have filed a motion to dismiss (Doc. 28). The motion is based on Plaintiff's failure to appear for his deposition that had been noticed for April 6, 2012, at 3:30 p.m. Pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure, Defendants ask that the case be dismissed. In the alternative, Defendants ask that they be awarded reasonable costs, including attorneys' fees, and that the case be stayed until those costs are paid.

Plaintiff has not responded to the motion to dismiss. He has not communicated with the Court or defense counsel.

I therefore recommend that the motion to dismiss (Doc. 28) be granted and this case dismissed with prejudice **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of November 2012.

                                                              /s/ *J. Marschewski*
                                                     HON. JAMES R. MARSCHEWSKI
                                          CHIEF UNITED STATES MAGISTRATE JUDGE